# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON JONES, | Case No. CV 17-00438 FMO (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| STEVE LANGFORD, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that Respondent's motion to dismiss is granted, and this action is dismissed without prejudice.

DATED: August 17, 2017

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE